UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

Kelly Hollands,

Plaintiff,

v.

THE STATE OF MINNESOTA, acting by and through UNIVERSITY OF MINNESOTA, CROOKSTON and ROBERT NELSON acting in his official and individual capacities,

Defendants.

Case No. 01-CV-669 PAM/RLE

**ORDER FOR DISMISSAL**

---

According to the Stipulation of the parties, **IT IS HEREBY ORDERED** that the Plaintiff's Third, Fourth, and Fifth Claims for Relief as well as any claim against Robert Nelson in his official and/or individual capacities are hereby dismissed with prejudice.

Dated: January 10, 2002

The Honorable Paul A. Magnuson
UNITED STATES DISTRICT COURT JUDGE

FILED JAN 10 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

Kelly Hollands,

Plaintiff,

v.

THE STATE OF MINNESOTA, acting by and through UNIVERSITY OF MINNESOTA, CROOKSTON and ROBERT NELSON acting in his official and individual capacities,

Defendants.

Case No. 01-CV-669 PAM/RLE

**STIPULATION OF DISMISSAL**

---

Plaintiff hereby stipulates to voluntarily dismiss, with prejudice, his claims arising under Minnesota law, specifically his Third, Fourth, and Fifth Claim for Relief, on the grounds those claims are barred by the Eleventh Amendment, and the federal court therefore lacks jurisdiction over them. *See Pennhurst State Sch. & Hosp. v. Halderman*, 104 S.Ct. 900, 908-919 (1984); *Treleven v. University of Minnesota*, 73 F.3d 816, 819 (8th Cir. 1996).

Plaintiff hereby stipulates to voluntarily dismiss, with prejudice, his claims against Robert Nelson in his official and individual capacities.

Russell Heltzer & Burg

Jerry A. Burg (#214225)
650 Traffic Zone Building
250 Third Ave North
Minneapolis, MN 55401
612-333-4858

Attorneys for Plaintiff

Dated: 12/10/01

MARK B. ROTENBERG
General Counsel
University of Minnesota

By Jeffrey G. Vigil (#241520)
Associate General Counsel
360 McNamara Alumni Center
200 Oak Street S.E.
Minneapolis, MN 55455-2006
612-624-4100

Attorneys for Defendants

Dated: 12/17/01