UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Kelly Hollands,

Plaintiff,

vs.

ORDER

The State of Minnesota, acting by and through University of Minnesota, Crookston, and Robert Nelson, acting in his official and individual capacities,

Defendants.

Civ. No. 01-669 (PAM/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 7 day of March, 2002.

* * *

Upon the parties' joint stipulation,[1] and good cause having been demonstrated for the modifications in the Court's Pretrial Schedule, that the parties jointly request, we modify the Scheduling Order.

NOW, THEREFORE, It is --

---

[1]Although the parties' Stipulation reverses the expert disclosure dates, and requires the Defendants to make their expert disclosures prior to the Plaintiff, in a letter from Plaintiff's counsel, which is dated February 28, 2002, the Plaintiff records the dates as we incorporate them in this Order. If we err in this correction, the parties are at liberty to seek a correction.

FILED MAR 06 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

ORDERED:

1. That the date for the Plaintiff's expert disclosures is extended to **March 30, 2002,** and that the date for the Defendant's expert disclosures is extended to **May 15, 2002.**

2. That the date for the completion of discovery is extended to **July 1, 2002,** as is the date for nondispositive Motions.

3. That the date by which all dispositive Motions shall be filed, and the Hearing thereon completed, is extended to **August 1, 2002,** at which time the case will be "Ready for Trial," unless a dispositive Motion is then pending, in which case the "Ready for Trial" date shall be thirty (30) days after the Court rules on any such Motion.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE