UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Kelly Hollands,

Plaintiff,

vs.

ORDER

The State of Minnesota, acting by and through University of Minnesota, Crookston, and Robert Nelson, acting in his official and individual capacities,

Defendants.

Civ. No. 01-669 (PAM/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 15th day of July, 2002.

* * *

On July 12, 2002, this Court heard argument on the parties' joint request for a modification of the Court's Pretrial Schedule. At the time of the Hearing, the Plaintiff appeared by Jerry A. Burg, Esq.,[1] and the Defendant appeared by Jeffrey G. Vigil, Esq. For the reasons expressed at the time of the Hearing, we grant the

[1]The joint request for modification was submitted to the Court by Joni M. Thome, Esq., who apparently shares office space with Mr. Burg, and has borne the bulk of the responsibility for the Plaintiff's representation. As Ms. Thome has not yet formally made an appearance in this action, and did not appear before the Court at the time of the Hearing, we asked Mr. Burg to advise Ms. Thome to file her appearance with the Court if she wishes to represent the Plaintiff in this matter.

10

FILED JUL 15 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

parties' request for a modification of the Pretrial Schedule. The parties should be forewarned, however, that future Motions seeking to extend the deadlines in this action will not be looked upon with favor, as we find that the delays to date should not be replicated in the future.

NOW, THEREFORE, It is --

ORDERED:

1. That all discovery in this matter shall be completed no later than **September 15, 2002.**

2. That nondispositive Motions shall be filed, and the Hearing thereon completed, by no later than **October 1, 2002.**

3. That all dispositive Motions shall be filed, and the Hearing thereon completed, by no later than **October 31, 2002.**

4. That this case shall be "Ready for Trial" on **October 31, 2002.**

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE