UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kelly Hollands,

Plaintiff,

Civil 01-669 PAM/RLE

v.

State of Minnesota, et al.,

Defendants.

---

## CANCELLATION OF SEPTEMBER TRIAL NOTICE

The September 3, 2002 Trial for this case as well as the other civil cases on this calendar is cancelled. The trial is postponed pending the briefing, scheduling, hearing and ruling on the dispositive motions.

The parties shall receive a new notice when the trial is re-scheduled.

Dated: July 18, 2002

RICHARD SLETTEN,
Clerk of U.S. District Court

Suzanne M. Ruiz
Calendar Clerk to Judge Magnuson

cc: All Counsel of Record

JUL 18 2002
FILED
RICHARD D SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK